■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK RIVAS, Also Known as FRANK ROSARIO, Appellant. [17 NYS3d 644]—

Judgment, Supreme Court, New York County (Daniel Conviser, J.), rendered April 5, 2011, convicting defendant, after a jury trial, of criminal possession of a controlled substance in the third and fifth degrees, and sentencing him to concurrent terms of five years' probation, unanimously affirmed.

The court properly admitted $525 recovered from defendant at the time of his arrest since this evidence, along with the reasonable inferences that could be drawn therefrom, was probative of defendant's intent to sell, an essential element of the charges (*see e.g. People v Bligen*, 35 AD3d 171 [1st Dept 2006], *lv denied* 8 NY3d 919 [2007]). Concur—Acosta, J.P., Renwick, Moskowitz and Manzanet-Daniels, JJ.

■ In the Matter of NICHOLAS J., a Person Alleged to be a Juvenile Delinquent, Appellant. [17 NYS3d 642]—Order, Family Court, Bronx County (Sidney Gribetz, J.), entered on or about August 8, 2013, which adjudicated appellant a juvenile delinquent upon a fact-finding determination that he committed acts that, if committed by an adult, would constitute the crimes of robbery in the second degree, grand larceny in the fourth degree, criminal possession of stolen property in the fifth degree and menacing in the third degree, and placed him on probation for a period of 18 months, unanimously affirmed, without costs.

The court's finding was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's credibility determinations. Appellant's missing witness argument is unpreserved, and in any event it does not warrant a different conclusion regarding the sufficiency and weight of the evidence. Concur—Acosta, J.P., Renwick, Moskowitz and Manzanet-Daniels, JJ.